UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GREGORY DON SEARLS                                    CIVIL ACTION

VERSUS                                                NO. 08-4050

STATE OF LOUISIANA, ET AL.                            SECTION "A"(4)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and plaintiff's failure to object to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Plaintiff's § 1983 claims against the Winn Correctional Center, the Louisiana State Penitentiary, the State of Louisiana, the Louisiana Department of Public Safety and Corrections, Judge Kernan Hand, District Attorney Paul Connick, the Parish of Jefferson, and Clerk of Court Jon A. Gegenheimer are **DISMISSED** with prejudice;

**IT IS FURTHER ORDERED** that Plaintiff's § 1983 official-capacity claims against Secretary James LeBlanc, Warden Timothy Wilkinson, and Warden Burl Cain for monetary damages are **DISMISSED** with prejudice;

**IT IS FURTHER ORDERED** that Plaintiff's § 1983 official-capacity claims against Secretary James LeBlanc, Warden Timothy Wilkinson, and Warden Burl Cain for injunctive or declaratory relief and Plaintiff's § 1983 individual capacity claims against Secretary James LeBlanc, Warden Timothy Wilkinson, and Warden Burl Cain are **DISMISSED** with prejudice to their being asserted again until the Heck conditions are met.

March 10, 2009

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE